
CLOSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | |
| v. | **JUDGMENT IN A CRIMINAL CASE** (For Offenses Committed on or After November 1, 1987) |
| **Fidel Nava-Arcos** | No. 08-15175-001M-SD |
| Citizen of Mexico | Lorna Spencer (AFPD)<br>Attorney for Defendant |
| USM#: 69951208   DOB: 1981 | ICE#: A99 832 661 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/28/2008 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of THIRTY (30) DAYS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Case 5:08-po-15175-JRI    Document 1    Filed 01/28/2008    Page 2 of 7

**08-15175-001M-SD**                                                                 Page 2 of 2
USA vs. Fidel Nava-Arcos

Date of Imposition of Sentence: **Monday, January 28, 2008**

_____ Date 1/28/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____              By:_____
United States Marshal                                                Deputy Marshal
08-15175-001M-SD -

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma  
MAGISTRATE JUDGE'S MINUTES

DATE: 1/28/2008          CASE NUMBER: 08-15175-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Fidel Nava-Arcos

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK  
U.S. Attorney _____  INTERPRETER REQ'D: Ricardo Gonzalez  
LANGUAGE: Spanish  
Attorney for Defendant: Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

DOA 1/26/08      ☒ Complaint Filed            ☒ Appointment of counsel hearing held  
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed  
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA  
Set for: before:  
☐ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____  
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:** ☒ Held  ☐ Cont'd  ☐ Reset  
Set for: before:  
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd  
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____  
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts THREE  
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.  
☒ Plea of Guilty entered as to Ct(s) THREE of the ☐ Information ☐ Indictment ☒ Complaint  
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.  
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed  
☐ Court does not accept defendant's plea of guilty because _____  
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence  
☐ Continued for sentence to ___ before _____  
☒ To be dismissed upon entry of the judgment, Ct(s) ONE/TWO  
☒ ORDER vacate trial date/motion hearing/mtns moot  
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**  
☒ Defendant committed to Bureau of Prisons for a period of THIRTY (30) DAYS  ☐ Probation/Supervised Release for ____  
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____  
Other: _____

RECORDED: CS  
BY: Jocelyn M. Arviso, Deputy Clerk

1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
8

9  | United States of America,        )   CASE NUMBER 08-15175M-SD
10 |           Plaintiff,              )
11 | vs.                               )   **WAIVER OF REMOVAL HEARING**
12 | FIDEL NAVA-ARCOS                  )
13 |                                   )
14 |           Defendant.              )
15

16
17    I waive my right to have a Removal Hearing and agree that my case may be
      adjudicated in the Southern District of California.
18
19
20    DATED this 28th day of JANUARY, 2008.
21
22
                                            X  FIDEL NAVA ARCOS
23                                             Defendant
24
25
                                               _____ 18925M
26                                             Attorney for the Defendant
27
28

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Fidel NAVA-Arcos
Citizen of Mexico
YOB: 1981
A99 832 661
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15175M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about February 1, 2007, Defendant Fidel NAVA-Arcos was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about January 26, 2008, Defendant was found in the United States near Yuma, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II
That on or about February 15, 2007, within the Southern District of California, Defendant Fidel NAVA-Arcos, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on (Felony).

### COUNT III
That on or about February 15, 2007, within the Southern District of California, Defendant Fidel NAVA-Arcos, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 28, 2008                    at         Yuma, Arizona
Date                                           City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Fidel NAVA-Arcos

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Nogales, Arizona on February 1, 2007. The defendant has been apprehended four times by the U.S Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 12/31/06 Yuma, Arizona | DUI Liquor/Drugs/Combo | Convicted-10 Days Jail |
| 12/31/06 Yuma, Arizona | DUI w/BAC .08 or more | Court Dismissal |
| 12/31/06 Yuma, Arizona | Liquor Poss-Open container | Convicted-4 Months Jail, 2years Probation |
| 01/10/07 Yuma, Arizona | 8 USC 1325 Illegal Entry | Convicted- 20 Days Jail |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on February 15, 2007.

Charges:
8 USC§1326 (Felony)
8 USC§1325 (Felony)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

January 28, 2008
Date

Signature of Judicial Officer

# Probable Cause Statement

I, Senior Patrol Agent Joseluis Reynoso, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:                Fidel NAVA-Arcos

Dependents:               None

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on February 1, 2007. The defendant has been apprehended four times by the U.S Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/31/06 | Yuma, Arizona | DUI Liquor/Drugs/Combo | Convicted-10 Days Jail |
| 12/31/06 | Yuma, Arizona | DUI w/BAC .08 or more | Court Dismissal |
| 12/31/06 | Yuma, Arizona | Liquor Poss-Open container | Convicted-4 Months Jail, 2years Probation |
| 01/10/07 | Yuma, Arizona | 8 USC 1325 Illegal Entry | Convicted- 20 Days Jail |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on February 15, 2007.

Executed on: _January 27, 2008_          Time: _7:42 A.M._

Signed: _____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on February 15, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date _January 27 2008_   Time _10:48 am_

Signed: _____ United States Magistrate Judge